UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Carlos Cajamarca,<br><br>　　Plaintiff,<br><br>v.<br><br>Frederick J. Hanna & Associates, P.C.,<br><br>　　Defendant. | Civil Action No.: 1:12-cv-03291-ENV-CLP |

## JOINT STIPULATION OF DISMISSAL AS TO FREDERICK J. HANNA & ASSOCIATES, P.C.

It is hereby stipulated and agreed by Plaintiff and Defendant, Frederick J. Hanna & Associates, P.C., pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs, as to Defendant Frederick J. Hanna & Associates, P.C.

_____
Stuart Werbin, Esq.
Benjamin Nazmiyal Law Group, P.C.
209 Main Avenue, Suite 2
Fort Lee, NJ 07024
*Attorneys for Plaintiff,* CARLOS CAJAMARCA

Dated: July 16, 2012

/s/ *Rachel Marin*
Rachel Marin, Esq.
Maurice & Needleman, P.C.
5 Walter E. Foran Blvd., Ste 2007
Flemington, NJ  08822
*Attorneys for Defendant,*
*Frederick J. Hanna & Associates, P.C.*

Dated: July 16, 2012

And now, this _____ day of _____, the above Stipulation is approved:

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____